JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; JESSE NIETO, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-09249<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

**IT IS HEREBY ORDERED:**

1. This matter is remanded to the Superior Court of the State of California, County of Los Angeles, 9425 Penfield Ave., Chatsworth, CA 91311, Case No. 25CHCV03014.

2. All pending deadlines and hearings in this Court are vacated.

3. Each party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this stipulation and order.

4. The Clerk of the Court shall close the case.

Dated: October 27, 2025        By: _____
                                    HON. OTIS D. WRIGHT, II